IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff, ORDER

v. 19-cr-74-jdp-1

JEREMY W. STROBEL,

Defendant.

---

A hearing on the probation office's petition for judicial review of Jeremy Strobel's supervised release was held on October 20, 2026, before U.S. District Judge James D. Peterson. The government appeared by Assistant U.S. Attorney Corey C. Stephan. Defendant was present in person and by counsel Gregory N. Dutch. Also present was U.S. Probation Officer Yang Moua.

Although there is strong a basis for revocation, the court will hold the petition open for 90 days to see if defendant can succeed in the community. Officer Moua is directed to promptly report any violations of the conditions of supervision to the court. Officer Moua is to provide a status report for the court's consideration before the end of the 90 days.

The warrant and detainer issued February 4, 2026, is hereby rescinded. Defendant is to be released, and he should report promptly to his probation officers.

Entered this 20th day of October 2026

BY THE COURT:

James D. Peterson
Chief U.S. District Judge